**Electronically Filed
Supreme Court
SCWC-12-0001082
08-JUN-2016
10:33 AM**

SCWC-12-0001082

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

KATHLEEN FISCHER, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0001082; CASE NO. 3DTC-12-046848)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Kathleen Fischer's application for writ of certiorari filed on May 2, 2016, is hereby rejected.

DATED: Honolulu, Hawaiʻi, June 8, 2016.

Richard L. Holcomb
for petitioner

Dale Yamada Ross
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

